STATE of Missouri, Respondent,

v.

**Ernest WILLIAMS, Appellant.**

**No. ED 80986.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Oct. 21, 2003.

Richard P. Hereford, Clayton, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Karen Kramer, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before CLIFFORD H. AHRENS, P.J., WILLIAM H. CRANDALL, JR., and J., LAWRENCE E. MOONEY, J.

## ORDER

PER CURIAM.

Defendant Ernest Williams, appeals from his conviction, after a jury trial, for robbery in the first degree. He was sentenced, as a prior offender, to imprisonment for fifteen years.

No jurisprudential purpose would be served by a written opinion. The judgment of conviction is affirmed. Rule 30.25(b).